**LAREDO LASER & SURGERY LIMITED, Plaintiff–Appellant**

v.

**BLUE CROSS BLUE SHIELD OF TEXAS, a Division of Health Care Service Corporation, a Mutual Legal Reserve Company, Defendant–Appellee.**

No. 12–10812.

United States Court of Appeals,
Fifth Circuit.

June 18, 2013.

Gary W. Sibley, Sibley Law Firm, Thomas L. Cox, Jr., Dallas, TX, for Plaintiff–Appellant.

Andrew Walsh Yung, Esq., Dennis J. Keithly, Yung Keithly, L.L.P., Dallas, TX, for Defendant–Appellee.

Before JOLLY, DAVIS, and PRADO, Circuit Judges.

PER CURIAM: *

AFFIRMED. See 5th Cir. Loc. R. 47.6.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be